UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL ETHRIDGE,<br><br>                        Plaintiff,<br><br>v.<br><br>H. PERALES, parole supervisor; SEAN MASTERSON, parole agent; and Dr. KINGSTON, HOPE program supervisor,<br><br>                        Defendants. | Case No.: 23-CV-763-GPC-WVG<br><br>**ORDER DISMISSING CIVIL ACTION FOR FAILING TO STATE A CLAIM AND FOR FAILING TO PROSECUTE IN COMPLIANCE WITH COURT ORDER REQUIRING AMENDMENT** |

      On April 26, 2023, Plaintiff Carl Ethridge ("Plaintiff") proceeding pro se, filed a complaint against Defendants H. Perale, parole supervisor; Sean Masterson, parole agent and Dr. Kingston, Hope Program Supervisor. (Dkt. No. 1, Compl.) On May 5, 2023, the Court granted Plaintiff's motion to proceed in forma pauperis, *sua sponte* dismissed the complaint for failing to state a claim and seeking monetary damages against immune Defendants pursuant to 28 U.S.C. § 1915(e)(2)(B) with leave to amend. (Dkt. No. 5.) The Court also denied Plaintiff's request for appointment of counsel and motion for temporary restraining order. (*Id.*) Plaintiff was granted until June 1, 2023 to file an amended complaint. (*Id.*) Almost two months have passed since the Court's dismissal order, and to date, Plaintiff has not filed an amended complaint nor sought an extension of time to file one. Accordingly, the Court DISMISSES this civil action in its entirety without further leave to amend based on Plaintiff's failure to state a claim upon which

relief can be granted and for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). *See Edwards v. Marin Park,* 356 F.3d 1058, 1065 (9th Cir. 2004) ("The failure of the plaintiff eventually to respond to the court's ultimatum—either by amending the complaint or indicating to the court that [she] will not do so—is properly met with the sanction of a Rule 41(b) dismissal."); *Lira v. Herrera*, 427 F.3d 1164, 1169 (9th Cir. 2005) ("If a plaintiff does not take advantage of the opportunity to fix his complaint, a district court may convert the dismissal of the complaint into dismissal of the entire action."). The Court DIRECTS the Clerk of Court to enter final judgment of dismissal and to close the file.

IT IS SO ORDERED.

Dated: July 28, 2023

*[signature]*
Hon. Gonzalo P. Curiel
United States District Judge